# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEFFREY RYAN ROBERTSON                                    PLAINTIFF

v.                          No. 4:18-cv-599-DPM

DOC HOLLADAY, Pulaski County Jail                         DEFENDANT

## ORDER

Robertson has filed a belated *in forma pauperis* application. № 8. The application and calculation sheet were both signed in September. The Court therefore vacates the Order and Judgment dismissing Robertson's case, № 5 & № 6, and directs the Clerk to reopen this case. The Court returns the case to the Magistrate Judge for further proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2018