# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JEFFREY RYAN ROBERTSON**                                    **PLAINTIFF**

**v.**                              **No. 4:18-cv-599-DPM**

**DOC HOLLADAY, Pulaski County Jail**                  **DEFENDANT**

### ORDER

Unopposed recommendation, № 11, adopted.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Robertson's complaint will be dismissed without prejudice for failure to state a claim.  This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2018