# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY RYAN ROBERTSON                                    PLAINTIFF

v.                      No. 4:18-cv-599-DPM

DOC HOLLADAY, Pulaski County Jail                         DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2018